AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 01, 2021*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America <br> v. <br> David Phi TRUONG and <br> Yanely Izamar OYERVIDE <br> *Defendant(s)* | Case No. **4:21mj0404** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 1, 2021__ in the county of __HARRIS, FORT BEND__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1028 | Identity Fraud |
| 18 USC 1708 | Possession of stolen mail matter |
| 18 USC 371 | Conspiracy |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne Palomar, Postal Inspector
*Printed name and title*

Sworn to before me telephonically

Date: March 01, 2021

_____
*Judge's signature*

City and state: Houston, TX

Christina Bryan, Magistrate Judge
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                             Weight:

Sex:                                                Race:

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

1. I, United States Postal Inspector Wayne G. Palomar, have been employed by the U.S. Postal Inspection Service since 2001. I am currently assigned to the Financial Crimes Team in Houston, TX and have received specialized training in numerous Postal crimes, primarily those involving identity theft, bank fraud and credit card fraud related offenses. I am familiar with how thieves use stolen or counterfeited Postal Arrow Keys to access mailboxes to steal U.S. Mail. Also, I am familiar with how identity thieves use victims' information to create identification documents to negotiate credit/debit cards and checks stolen from the U.S. Mail for financial gain.

2. The information set forth in this Affidavit is based upon Affiant's personal knowledge and/or information provided to Affiant by other law enforcement officers, fraud investigators, and other individuals the undersigned believes to be reliable and credible.

3. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **David Phi TRUONG and Yanely Izamar OYERVIDE** have committed violations of federal law.

4. During the months of January 2021 to March 2021, the U.S. Postal Inspection Service received numerous complaints of mail theft from the Greater Houston Area to include addresses in Harris County, Fort Bend County, Katy, TX. These complaints involved Apartment panel and Community boxes that were accessed with counterfeit Postal Arrow Keys and credit cards and checks were stolen, particularly loan checks from Regional and Republic Finance and Economic Impact Checks (Stimulus Checks). Mail theft victims Personal Identifying Information (PII) were also used to create counterfeit TXDL's to cash checks and/or access credit/debit card accounts without permission of the account holders.

5. On March 1, 2021, Katy Police Department (Case #2021-7096) conducted a traffic stop of a vehicle BLUE TOYOTA HIGHLANDER BEARING TXLP: MLZ8432 operated and registered to TRUONG. TRUONG and Passenger OYERVIDE were driving in a Katy, TX subdivision at 0237 Hrs. TRUONG had no photo ID/DL. Further investigation led to a consent search of the vehicle where Officers recovered narcotics. The passenger of the vehicle, OYERVIDE, stepped out of the vehicle and told officers she had a glass pipe in her front pants which officers believed was used to smoke methamphetamine and later tested as positive for methamphetamine. Both subject were arrested for state charges of possession of a controlled substance.

6. The search of the vehicle yielded; four (4) counterfeit postal arrow keys imprinted with the words "Astro," "Sugarland," "Arlington," and "Katy." The "Katy" arrow key was in TRUONG's pants pocket. Several pieces of mail from over 19 different addresses to include the Katy area, addressed to people other than the two defendants were recovered. 11 fraudulent identifications (7 with TRUONG's photo, 4 with OYERVIDE's photo and others personal identifying information/PII) were recovered from a black backpack from the rear driver's side of the vehicle. These paper Texas Driver's Licenses were bundled with corresponding checks and credit/debit cards with the victim's name and paper clipped together. The checks were signed on the back with an endorsement as if they were prepared to be cashed. A mirandized recorded interview with OYERVIDE was conducted and she admitted to cashing a check given to her by TRUONG at a Wells Fargo Bank.

7. On March 1, 2021, I contacted Victim E. Ho regarding a paper TXDL with her PII (name, DOB, TXDL) and OYERVIDE's photo. Included with the recovered TXDL was an Amerant Debit Mastercard and a Republic Finance Loan Check #1790359067, in the amount of $5006.49, both in the victim's name. Victim did not know OYERVIDE, nor gave her authorization to be in possession of her mail or use her PII. She never received the Republic Finance check in the mail and wanted charges filed.

8. On March 1, 2021, I contacted Victim G. Tyler regarding a paper TXDL with his PII (name, DOB, TXDL) and a TRUONG's photo. Included with the recovered TXDL was an GO2Bank Debit Visa and a Economic Impact Payment Check (Stimulus) for $600, both in the victim's name. Victim did not know TRUONG, nor gave him authorization to be in possession of his mail or use his PII. He never received the Stimulus check in the mail and wanted charges filed.

9. Based on the forgoing information, Affiant has reason to believe and does believe that, on or about March 1, 2021, **David Phi TRUONG and Yanely Izamar OYERVIDE** committed the offense(s) of Identity Fraud, 18 USC 1028, Possession of Stolen Mail, 18 USC 1708 and Conspiracy, 18 USC 371.

_____

**Wayne C. Palomar**
**United States Postal Inspector**

Sworn and Subscribed to me telephonically this 1st day of March, 2021, and I find probable cause.

_____

**Christina Bryan**
**United States Magistrate Judge**
**Southern District of Texas**